# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Almond, Lincoln D. | United States District Court | 04/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
Two Exchange Terrace, Room 208
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▓▓▓▓ -- Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UMass Amherst | Tuition Agreement | J |
| 2. | Rensselaer Polytechnic Institute | Tuition Agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Trust Accts | A | Interest | K | T | | | | | |
| 2. John Hancock Freedom 529 (#1) | | None | K | T | Sold (part) | 01/17/12 | J | A | |
| 3. | | | | | Sold (part) | 02/15/12 | J | A | |
| 4. | | | | | Sold (part) | 03/15/12 | J | A | |
| 5. | | | | | Sold (part) | 04/16/12 | J | A | |
| 6. | | | | | Buy (add'l) | 07/27/12 | L | | |
| 7. | | | | | Sold (part) | 08/01/12 | J | A | |
| 8. | | | | | Sold (part) | 08/23/12 | J | A | |
| 9. | | | | | Sold (part) | 09/24/12 | J | A | |
| 10. | | | | | Sold (part) | 10/23/12 | J | A | |
| 11. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 12. | | | | | Sold (part) | 11/23/12 | J | A | |
| 13. | | | | | Sold (part) | 12/23/12 | J | A | |
| 14. John Hancock Freedom 529 (#2) | | None | K | T | Sold (part) | 07/10/12 | J | B | |
| 15. | | | | | Sold (part) | 08/01/12 | J | B | |
| 16. | | | | | Sold (part) | 09/10/12 | J | B | |
| 17. | | | | | Sold (part) | 10/10/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/12/12 | J | B | |
| 19. | | | | | Sold (part) | 12/10/12 | J | B | |
| 20. John Hancock Freedom 529 (#3) | | None | | | Buy (add'l) | 07/23/12 | J | | |
| 21. | | | | | Sold | 07/27/12 | K | E | |
| 22. Wells Fargo IRA #1 | | | | | | | | | |
| 23. --Russell Emerging Mkts - Class S | A | Dividend | K | T | | | | | |
| 24. --Russell Global Real Estate Sec Fd - Class S | A | Dividend | K | T | | | | | |
| 25. --Russell Global Equity - Class S | A | Dividend | K | T | | | | | |
| 26. --Russell US Core Eqty - Class S | | | | | Sold | 08/06/12 | K | D | |
| 27. --Russell US Small CAP Equity Fund - Class S | A | Dividend | K | T | | | | | |
| 28. --Russell Int'l Developed Mkts Fund - Class S | B | Dividend | L | T | Buy (add'l) | 08/06/12 | J | | |
| 29. | | | | | Sold (part) | 10/12/12 | J | | |
| 30. --Russell US Quant Equity - Class S | A | Dividend | | | Sold (part) | 04/13/12 | J | | |
| 31. | | | | | Sold | 08/06/12 | K | | |
| 32. --Russell Strategic Bond | C | Dividend | M | T | Sold (part) | 01/12/12 | J | | |
| 33. | | | | | Sold (part) | 07/13/12 | J | | |
| 34. --Russell Invt Co Commodity Strategies Fd - Class S | A | Dividend | K | T | Buy (add'l) | 08/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Russell Invt. Co Global Infrastructure Fund | A | Dividend | K | T | | | | | |
| 36. -- Russell Invt Co Global Op. Cr Strategies Fund - Class S | B | Dividend | K | T | | | | | |
| 37. --Russell Inv Co Multi-Strategy Alternative Fd - Class S | | None | J | T | Buy | 08/06/12 | J | | |
| 38. --Russell Invt Co US Strategic Equity Fd - Class S | B | Dividend | L | T | Buy | 08/06/12 | L | | |
| 39. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 40. Wells Fargo #2 | | | | | | | | | |
| 41. --Russell Emerging Mkts - Class S | A | Dividend | J | T | | | | | |
| 42. --Russell Global Real Estate Sec Fd - Class S | A | Dividend | J | T | | | | | |
| 43. --Russell Global Equity | A | Dividend | J | T | | | | | |
| 44. --Russell US Core Equity - Class S | | | | | Sold (part) | 08/06/12 | J | B | |
| 45. | | | | | Sold | 08/09/12 | J | A | |
| 46. --Russell US Small Cap Equity - Class S | A | Dividend | J | T | | | | | |
| 47. --Russell Int'l Developed Mkts Fund - Class S | A | Dividend | J | T | | | | | |
| 48. --Russell US Quant Eqty - Class S | A | Dividend | | | Sold | 08/06/12 | J | A | |
| 49. --Russell Strategic Bond - Class S | A | Dividend | J | T | | | | | |
| 50. --Russell Invt Co Commodity Strategies Fund - Class S | A | Dividend | J | T | | | | | |
| 51. --Russell Invt Co Global Infrastructure Fd - Class S | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Russell Invt Co Global Oppor Cr Strategies Fd - Class S | A | Dividend | J | T | | | | | |
| 53. --Russell Invt Co Multi-Strategy Alternative Fd - Class S | | None | J | T | Buy | 08/06/12 | J | | |
| 54. --Russell Invt Co US Strategic Eqty Fd - Class S | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 55. Wells Fargo Roth IRA #1 | | | | | | | | | |
| 56. --Russell Funds Emerging Mkts Fd - Class C | A | Dividend | J | T | | | | | |
| 57. Wells Fargo Roth IRA #2 | | | | | | | | | |
| 58. --Russell Funds Emerging Mkts Fd - Class C | A | Dividend | J | T | | | | | |
| 59. Wells Fargo ▨ Acct | | | | | | | | | |
| 60. --Russell Invt Co Global Infrastructure - Class S | A | Dividend | J | T | | | | | |
| 61. --Russell Invt Co Commodity Strategies Fund - Class S | A | Dividend | J | T | | | | | |
| 62. --Russell Invt Co Global Oppor Cr Strategies Fund - Class S | A | Dividend | J | T | | | | | |
| 63. --Russell Invt Co Global Real Est Sec Fd - Class S | A | Dividend | J | T | | | | | |
| 64. --Russell Short Dur. Bd | A | Dividend | J | T | | | | | |
| 65. --Russell Global Equity | A | Dividend | J | T | | | | | |
| 66. --Russell US Core Equity | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 67. --Russell Int'l Developed Mkts Fd - Class S | A | Dividend | J | T | | | | | |
| 68. --Russell Inv Grade Bd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Russell US Quantity Equity | A | Dividend | | | Sold | 08/07/12 | J | A | |
| 70. --Russell Strategic Bd - Class S | A | Dividend | K | T | | | | | |
| 71. --Russell Invt Co US Strategic Equity Fund - Class S | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 72. --Russell Invt Co Multi-Strategy Alternative Fd - Class S | | None | J | T | Buy | 08/07/12 | J | | |
| 73. Wells Fargo | | | | | | | | | |
| 74. First Trust Portfolio LP Target Global Dividend 4Q/12 | A | Dividend | J | T | | | | | |
| 75. --First Trust Portfolio Select DSIP Portfolio 4Q/1Z | A | Dividend | J | T | | | | | |
| 76. --First Trust Portfolio Select DSIP Port 4Q/11 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 04/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 6 and 21: Transfer from 529 (#3) to 529 (#1)
Lines 27 and 46: Name change from Russell US Small Mid Cap - Class S
Lines 74 and 75: Name change to clarify description

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lincoln D. Almond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544